IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **M.I.K.,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-526-CDL-CHW |
| | : | 28 U.S.C. § 2241 |
| **WARDEN, STEWART DETENTION CENTER,** | : | |
| | : | |
| Respondent. | : | |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on December 31, 2025 (ECF No. 1), following a transfer from the Northern District of Georgia. (ECF No. 3). The Court directed Respondent to respond to the application. (ECF No. 5). Now pending before the Court are Petitioner's motion to proceed *in forma pauperis* (ECF No. 8) and motion for appointed counsel. (ECF No. 7).

The docket shows that Petitioner paid the required fee when he filed his petition. *See* (Docket Notes, ECF No. 1). Thus, his motion to proceed *in forma pauperis* (ECF No. 8) is **DISMISSED as MOOT**.

Petitioner has also moved for the appointment of counsel. (ECF No. 2). Petitioner cites 18 U.S.C. § 3006A(a)(2)(B) as the authority under which counsel should be appointed. *Id.* In relevant part, the statute provides that "[w]henever the United States magistrate judge or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under [28 U.S.C. § 2241]." 18 U.S.C. § 3006A(a)(2)(B). However, the issues in this case are neither factually nor legally complex. Petitioner has set forth the essential factual allegations underlying his claims in his habeas application, and the applicable legal doctrines

are readily apparent. Further, the Court finds no factual dispute which would necessitate either discovery or an evidentiary hearing at this time. Thus, the interests of justice do not require the appointment of counsel in this case. Accordingly, Petitioner's motion for appointed counsel (ECF No. 7) is **DENIED**. If it becomes apparent at a later point in this proceeding that Petitioner is entitled to appointed counsel, he may refile his motion.

      **SO ORDERED**, this 8th day of January, 2026.

                                      s/ Charles H. Weigle
                                      Charles H. Weigle
                                      United States Magistrate Judge