IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

M.I.K.,                                    *

    Petitioner,                         *

vs.                                        *

Warden, STEWART DETENTION          *    CASE NO. 4:25-cv-526-CDL-CHW
CENTER,
                                           *
    Respondent.                         *
                                           *

_____

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 27, 2026.  There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1).  Therefore, the Court reviews the Recommendation for clear error.  The Court is skeptical as to whether Petitioner is entitled to the habeas relief he seeks.  But in light of Respondent's failure to even bother to respond to the Magistrate Judge's Order and Recommendation, the Court finds that Respondent has conceded that it is unlikely that Petitioner will be removed in the reasonably foreseeable future.  In light of that concession, the Court finds no clear error in the Magistrate Judge's Recommendation.  Therefore, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 28th day of April, 2026.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA