IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MIKHAIL IVANOVICH KORCHAK,        \*

        Petitioner,        \*

v.        Case No. 4:25-cv-526-CDL-CHW

        \*

WARDEN STEWART DETENTION CENTER,

        \*

        Respondent.

        \*

## J U D G M E N T

Pursuant to this Court's Order dated April 28, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner.

This 28th day of April, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk